| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | KYLE R. RATLIFF |
|   | Special Assistant U.S. Attorney |
| 3 | 412 TW/JA |
|   | 1 South Rosamond Blvd. |
| 4 | Edwards AFB, California 93524 |
|   | Phone: (661) 277-4316 / Fax: (661) 277-2887 |
| 5 | |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation Nos. 6552385; 6552386 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| ANTHONY D. WILSON, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Numbers 6552385 and 6552386 against ANTHONY D. WILSON without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: June 21, 2017          Respectfully Submitted,
                              Phillip A. Talbert
                              Acting United States Attorney

                         By:  /s/ Kyle R. Ratliff
                              Kyle R. Ratliff
                              Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Numbers 6552385 and 6552386 against ANTHONY D. WILSON be dismissed without prejudice, in the interest of justice.

Dated:     June 21, 2017

/s/ Jennifer L. Thurston
HON. JENNIFER L. THURSTON
United States Magistrate Judge